David W. Newman, ISBN 8251
Assistant United States Trustee
Mary P. Kimmel, ISBN 3786
United States Department of Justice
Office of the United States Trustee
720 Park Blvd, Ste 220
Boise, Idaho 83712
(208) 334-1300
(208) 334-9756 [Facsimile]
ustp.region18.bs.ecf@usdoj.gov

Attorneys for Acting United States Trustee

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO**

| | | |
|---|---|---|
| In re: | ) | Case No. 13-41437-JDP |
| | ) | Chapter 11 |
| WALKER LAND & CATTLE, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE**

The Acting United States Trustee appoints the following persons to serve on the

Unsecured Creditors' Committee pursuant to 11 U.S.C. § 1102(a).

Mr. Robert A. Richner
Crop Production Services, Inc.
4914 Hwy 20/26
Caldwell, ID  83605
Phone: 208-455-1600, ext. 246
Fax: 208-454-0280
E-mail:  bob.richner@cpsagu.com

Mr. John Moffit
Helena Chemical Company
1010 E. Kartchner
Pasco, WA  99301
Phone:  509-546-5990
Fax:  509-543-1116
E-mail:  moffitj@helenachemical.com

Mr. Greg Nickerson
AGRI-Stor Company
P.O. Box 537
Blackfoot, ID  83221
Phone:  208-785-7000
Fax:  208-785-7009
E-mail:  gkn@ida.net

Date: December 13, 2013				GAIL BREHM GEIGER
						Acting United States Trustee in Region 18


						/s/ Mary P. Kimmel
						MARY P. KIMMEL
						Attorney for the Acting United States Trustee
						[Non-ECF email: mary.p.kimmel@usdoj.gov]

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on December 13, 2013, I caused the foregoing document to be filed with the Court's CM/ECF system which causes a copy of the foregoing to be served by electronic means on the parties reflected on the Notice of Electronic Filing.

Robert J. Maynes (Debtor's counsel)

and on other parties receiving electronic notice

      AND I FURTHER CERTIFY that on such date I caused to be served the foregoing document on the following non-CM/ECF Registered Participants and on the list of twenty (20) largest unsecured creditors,via first class mail, postage paid, as listed below:

Debtor

Walker Land & Cattle, LLC
1070 Riverwalk Dr., Suite 200
Idaho Falls, ID  83402


Committee Members

Mr. Robert A. Richner
Crop Production Services, Inc.
4914 Hwy 20/26
Caldwell, ID  83605

Mr. John Moffit
Helena Chemical Company
1010 E. Kartchner
Pasco, WA  99301

Mr. Greg Nickerson
AGRI-Stor Company
P.O. Box 537
Blackfoot, ID  83221

20 Largest unsecured creditors:

03 Zone Co., Inc.
1070 Riverwalk Dr. Ste. 200
Idaho Falls, ID 83402

AGRI-Stor Company
POB 537
Blackfoot, ID 83221

American Pump, Co.
POB 267
Ucon, ID 83454

Conrad and Bischoff, Inc.
POB 50106
Idaho Falls, ID 83405

Crop Production Services- Credit Office
Attn:  Bob Richner
4914 Hwy. 20-26
Caldwell, ID 83605

Dorothy M. Walker FLP
3533 Sun Circle
Saint Anthony, ID 83446

Helena Chemical Co.
225 Schilling Blvd., Ste. 300
Collierville, TN 38017

Lyle Shupe
2296 E. 1950 N.
Hamer, ID 83425

Maupin Welding
POB 32
Rexburg, ID 83440

Nature's Way, Inc.
3795 West Minster Place
Idaho Falls, ID 83404

Northwestern Mutual Life
POB 3007
Milwaukee, WI 53201-3007

Parkinson Seed Farm, Inc.
POB 326
Saint Anthony, ID 83445

Rain for Rent, Inc.
File 52541
Los Angeles, CA 90074-2541

Reynolds Farms
1196 N. 3700 E.
Ashton, ID 83420

Rocky Mountain Power
1033 NE 6th Ave.
Portland, OR 97256

State Insurance Fund
POB 990002
Boise, ID 83799-002

The Roland L. Walker &
Dorothy M. Walker
3533 Sun Circle
Idaho Falls, ID 83404

Vista Valley AG, Inc.
POB 626
Ririe, ID 83443

Walker Produce Co., Inc.
1070 Riverwalk Dr., Ste. 200
Idaho Falls, ID 83402


Date: December 13, 2013                         /s/ Carolyn S. Wolfe
                                                CAROLYN S. WOLFE